FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-20-00611-CV

**INTEREST OF L.J.L. AND J.W.L., MINOR CHILDREN**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08129
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On October 27, 2021, Appellant filed his reply brief. On October 29, 2021, Appellee requested leave to file a sur-reply brief. Sur-replies may be permitted "whenever justice requires." *See* TEX. R. APP. P. 38.7. As Appellee argues, justice requires a sur-reply because Appellant's reply raised a new issue. But as Appellant argues, the new issue has not been identified; the need for a sur-reply has not been established. Without a clear need for a sur-reply, we decline to grant leave to file one. *See In re Estate of Washington*, 289 S.W.3d 362, 370 (Tex. App.—Texarkana 2009, pet. denied).

Appellee's motion is DENIED.

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT